UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS CHAVEZ MONTES (A-240-174-812),

Petitioner,

v.

TONYA ANDREWS, et al.,

Respondents.

No. 1:26-cv-6579 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request for appointment of counsel and request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On August 26, 2026, the district court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to the magistrate judge. (ECF No. 9.) Within 7 days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

On August 21, 2026, respondents filed a motion to dismiss the petition for writ of habeas corpus. (ECF No. 8.) If additional briefing is needed to decide the petition on the merits, within 10 days of the date of this order, petitioner shall file an opposition to the motion to dismiss. If petitioner does not file an opposition by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing. If petitioner files an opposition, respondents may file a reply within 7 days of the filing of petitioner's opposition.

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The request of petitioner Jose Luis Chavez Montes (A-240-174-812) to proceed in forma pauperis (ECF No. 2) is granted.
2. Given petitioner's pro se status, within 7 days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.
3. Petitioner's opposition to the motion to dismiss, if any, is due 10 days from the date of this order. If petitioner files an opposition, respondents may file a reply to the opposition to the motion to dismiss within 7 days after being served with the opposition.
4. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: August 31, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/chav6579.100.2241.imm